UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:
Guru Prakash Raja
*aka* Switzoor

Case No.: 22-70293-AST
Chapter 13

Debtor.
---------------------------------------------------------X

## ORDER DISMISSING CHAPTER 13 CASE WITH PREJUDICE

Upon consideration of the motion [Dkt. Item 12] (the "<u>Motion</u>") of Timothy P. Coffey for an order dismissing this chapter 13 case with prejudice, and all pleadings related thereto, and upon the record of the hearing on the Motion held on March 10, 2022, and (a) this Court having subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (d) due and sufficient notice of the Motion and the Hearing having been provided under the circumstances and no further or other notice is necessary, and (e) this Court finding that good and sufficient cause exists for the granting of the relief granted herein, it is hereby

**ORDERED**, that the above-captioned case, commenced under Chapter 13 of the Bankruptcy Code by the petition filed on February 18, 2022, is hereby dismissed with prejudice, and Guru Prakash Raja a/k/a Guru Switzoor, the debtor herein, is hereby enjoined and prohibited from refiling any petition in bankruptcy under any chapter **for a period of one year from the date of this Order**; and it is further

**ORDERED**, that any subsequent filing in violation of the terms of this Order (a) will be dismissed, without further notice or hearing, and (b) shall be ineffective to trigger the automatic

stay provisions of 11 U.S.C. § 362(a) or 11 U.S.C. 1301(a) **<u>for a period of one year from the date of this Order</u>**; and it is further

**ORDERED**, that nothing herein shall be deemed to amend or modify the Court's order granting Timothy P. Coffey *in rem* relief from stay to exercise remedies against the property commonly known as as 2 China Lane, East Setauket, New York; and it is further

**ORDERED**, that this Order shall be effective immediately upon its entry.



**Dated: April 25, 2022**
**Central Islip, New York**

_____
**Alan S. Trust**
**Chief United States Bankruptcy Judge**